# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: James C. Cammack  
      Brenda L. Cammack aka Brenda L. Reynolds  
            Debtor(s)

BK NO. 18-02821 HWV

Chapter 13

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Mortgage Solutions of Colorado, LLC dba Mortgage Solutions Financial and index same on the master mailing list.

    Respectfully submitted,

    /s/Rebecca A. Solarz, Esquire

    KML Law Group, P.C.  
    BNY Mellon Independence Center  
    701 Market Street, Suite 5000  
    Philadelphia, PA 19106  
    215-627-1322