# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:    JAMES C. CAMMACK

           BRENDA L. CAMMACK
           AKA: BRENDA L. REYNOLDS

           Debtor(s)

                                 CHAPTER 13

           JACK N. ZAHAROPOULOS
           CHAPTER 13 TRUSTEE
                Movant                  CASE NO: 1-18-02821-HWV

           vs.

           JAMES C. CAMMACK
            BRENDA L. CAMMACK
           AKA: BRENDA L. REYNOLDS
              Respondent(s)

## <u>TRUSTEE'S MOTION TO DISMISS CASE</u>

COMES NOW, on August 12, 2021, Jack N. Zaharopoulos, Esquire, Standing Chapter 13 Trustee, through his attorney James K. Jones, Esquire moves this Honorable Court for dismissal of the above-captioned Chapter 13 bankruptcy case in accordance with 11 U.S.C. Section 1307(c), due to material default by the debtor(s) with respect to the terms of the plan.

Notice of hearing and other instructions are included with this Motion.

WHEREFORE, your Trustee prays that this Honorable Court enter an Order dismissing the above-captioned case in accordance with 11 U.S.C. Section 1307(c).

Dated:  <u>August 12, 2021</u>               Respectfully submitted,

                                       <u>/s/   James K. Jones, Esquire</u>
                                       <u>ID:  39031</u>
                                       Attorney for Movant
                                       Jack N. Zaharopoulos
                                       Standing Chapter 13 Trustee
                                       8125 Adams Drive, Suite A
                                       Hummelstown, PA 17036
                                       Phone:  (717) 566-6097
                                       Fax:  (717) 566-8313
                                       eMail:  jjones@pamd13trustee.com

**UNITED STATES BANKRUPTCY COURT**

**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:    JAMES C. CAMMACK
            BRENDA L. CAMMACK
            AKA: BRENDA L. REYNOLDS        CHAPTER 13

                    Debtor(s)

            JACK N. ZAHAROPOULOS        CASE NO: 1-18-02821-HWV
            CHAPTER 13 TRUSTEE
                  Movant

**NOTICE**

NOTICE IS HEREBY GIVEN THAT Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to make timely payments pursuant to your Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a HEARING with the Court has been scheduled on this motion. Any matters not resolved shall be heard at the dismissal hearing.

        September 8, 2021 at 09:35 AM
        Bankruptcy Courtroom
        Ronald Reagan Federal Bldg
        3rd Floor, 228 Walnut Street
        Harrisburg, PA 17101

YOU ARE FURTHER NOTICED that you MUST attend the dismissal hearing unless one of the following takes place.

1.    You have paid the following and have confirmed payment with Trustee Zaharopoulos's office.

**AMOUNT DELINQUENT AS OF LAST MONTH: $ 460.00**
**AMOUNT DUE FOR THIS MONTH: $230.00**
**TOTAL AMOUNT DUE <u>BEFORE</u> HEARING DATE: $690.00**

**NOTE:**
        **ALL payments must be made by CERTIFIED CHECK, MONEY ORDER or through TFSBILLPAY.COM. NO PERSONAL CHECKS OR CASH WILL BE ACCEPTED!**

        **DO NOT** send your payments REGISTERED, CERTIFIED, FEDERAL EXPRESS, UPS, or by any other special delivery service. Doing so will delay processing of your payment and **may result in dismissal of your case.**

        If **submitting payment by U.S. First Class Mail** mail to**:**
            **JACK N. ZAHAROPOULOS, PO BOX 6008, MEMPHIS, TN 38101-6008**

        If **submitting payment using TFSBILLPAY.COM** please **allow 5 business days** for payment to be applied.

2.    You have entered into a valid stipulation with Trustee Zaharopoulos and that stipulation has been filed

with the Court, or

3.    You have filed a voluntary conversion or a voluntary case dismissal with the U.S. Bankruptcy Court and have served a copy of that motion upon Trustee Zaharopoulos.

**FAILURE TO COMPLY WITH THE ABOVE WILL RESULT IN YOUR CHAPTER 13 CASE BEING CALLED FOR DISMISSAL HEARING WITH THE COURT ON THE DATE AND TIME AS SPECIFIED IN THIS NOTICE.  THIS MAY RESULT IN DISMISSAL OF YOUR CASE**.

Jack N. Zaharopoulos, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA  17036
Phone:  (717) 566-6097
Dated:  August 12, 2021                          eMail:  info@pamd13trustee.com

# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:    JAMES C. CAMMACK

        BRENDA L. CAMMACK                CHAPTER 13
        AKA: BRENDA L. REYNOLDS

            Debtor(s)

        JACK N. ZAHAROPOULOS        CASE NO: 1-18-02821-HWV
        CHAPTER 13 TRUSTEE
           Movant

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on August 12, 2021, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties.

Served Electronically

LISA A RYNARD, ESQUIRE                  UNITED STATES TRUSTEE
1719 NORTH FRONT STREET             SUITE 1190
HARRISBURG, PA  17102-               228 WALNUT STREET
                                              HARRISBURG, PA  17101

Served by First Class Mail

JAMES C. CAMMACK
BRENDA L. CAMMACK
7077 BEAVER CREEK ROAD
HARRISBURG, PA  17112

I certify under penalty of perjury that the foregoing is true and correct.

Date:  August 12, 2021                  Bobbie Weigel
                                 for Jack N. Zaharopoulos, Trustee
                                 Suite A, 8125 Adams Dr.
                                 Hummelstown, PA  17036
                                 Phone:  (717) 566-6097
                                 eMail: info@pamd13trustee.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:    JAMES C. CAMMACK
            BRENDA L. CAMMACK
            AKA: BRENDA L. REYNOLDS

                                        CHAPTER 13

                Debtor(s)

            JACK N. ZAHAROPOULOS
            CHAPTER 13 TRUSTEE
                Movant                  CASE NO: 1-18-02821-HWV

            vs.

            JAMES C. CAMMACK            MOTION TO DISMISS
            BRENDA L. CAMMACK
            AKA: BRENDA L. REYNOLDS

## <u>ORDER DISMSSING CASE</u>

      Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed.