UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : CASE NO. 1-18-02821-HWV
JAMES C. CAMMACK : CHAPTER 13
BRENDA L. CAMMACK :
        Debtors :

## ENTRY OF APPEARANCE OF NEW COUNSEL FOR DEBTORS AND WITHDRAW OF COUNSEL PURSUANT TO BANKRUPTCY RULE 9010

PLEASE TAKE NOTICE that the undersigned, Lisa A. Rynard, Esquire, with the Law Offices of Lisa A. Rynard, enters her appearance as Counsel for James C. Cammack and Brenda L. Cammack, the Debtors in the above captioned case. Pursuant to Bankruptcy Rule 2002 and 9010, Counsel requests that all notices given, or required to be given, in this case and all papers served, or required to be served, in this case be given to and served upon the undersigned, at the address stated.

PLEASE TAKE NOTICE that Lisa A. Rynard, Esquire, with the Law Offices of Purcell, Krug & Haller, withdraws her appearance for Debtors.

THE UNDERSIGNED REQUESTS entries to the docket which reflect the replacement of Counsel for Debtors.

                                              Respectfully submitted,

                                              LAW OFFICE OF LISA A, RYNARD

                                              */s/ Lisa A. Rynard*
                                              Lisa A. Rynard, Esquire
                                              240 Broad Street
                                              Montoursville, PA 17754
                                              (570) 505-3289
                                              PA #92802

                                              */s/ Lisa A. Rynard*
                                              Lisa A. Rynard, Esquire
                                              1719 North Front Street
                                              Harrisburg PA 17102
                                              PA #92802

Dated: November 10, 2021

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : CASE NO. 1-18-02821-HWV
JAMES C. CAMMACK : CHAPTER 13
BRENDA L. CAMMACK :
        Debtors :

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this date a true and correct copy of the Entry of Appearance of Counsel was sent by regular first class mail, postage paid (or by other service, as noted), to the following:

Jack N. Zaharopoulos, Chapter 13 Trustee
(service via ECF)

James C. Cammack
Brenda L. Cammack
7077 Beaver Creek Road
Harrisburg, PA 17112


By: /s/ Lisa A. Rynard
    Lisa A. Rynard, Esquire

Date: November 10, 2021